UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathy Heisler,

Plaintiff,

v.

Metropolitan Council Management Association,
Metro Transit,

Defendants.

Civil No. 00-CV-2749 (RHK/JMM)

**ORDER AMENDING CASE CAPTION**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

That the caption of the above entitled matter shall be amended to read:

"Kathy Heisler, Plaintiff v. Metropolitan Council, Defendant."

BY THE COURT

Dated: 4/2/01

The Honorable John M. Mason
District Court Magistrate Judge

APR 02 2001

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathy Heisler,

Plaintiff,

v.

Metropolitan Council Management Association,
Metro Transit,

Defendants.

Civil No. 00-CV-2749 (RHK/JMM)

**STIPULATION TO AMEND CASE CAPTION**

The parties to above entitled matter, through their respective counsel, hereby stipulate and agree that the caption be amended to read:

"Kathy Heisler, Plaintiff v. Metropolitan Council, Defendant."

The parties request the Court to issue an order pursuant to this stipulation.

Dated: 3/16/01

BERTELSON LAW OFFICE, P.A.

Beth E. Bertelson (#186806)
101 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
Telephone:(612) 278-9832
Attorneys for Plaintiff Kathy Heisler

Dated: 3/20/01

JACKSON LEWIS SCHNITZLER & KRUPMAN

Thomas E. Marshall, Esq. (#155597)
Christopher G. Bell, Esq. (#272917)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-8131
Attorneys for Defendant Metropolitan Council

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK