UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathy Heisler,

Plaintiff,

v.

Metropolitan Council Management Association,
Metro Transit,

Defendants.

Civil No. 00-CV-2749 (RHK/JMM)

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**

The parties to this matter, through their respective counsel, hereby stipulate and agree that because of a family emergency of Plaintiff, the deadline to complete discovery, in order to complete the deposition of Plaintiff, will be extended to and shall include, October 2, 2001.

Dated: 9/17/01

BERTELSON LAW OFFICE, P.A.

Beth E. Bertelson (#186806)
101 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
Telephone:(612) 278-9832
Attorneys for Plaintiff Kathy Heisler

Dated: 9/14/01

JACKSON LEWIS SCHNITZLER & KRUPMAN

Thomas E. Marshall, Esq. (#155597)
Natalie Wyatt-Brown (#260757)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-8131
Attorneys for Defendant Metropolitan Council

SEP 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED that the deadline to complete the deposition of Plaintiff shall be extended to and include October 2, 2001. No other changes are made in the Pretrial Scheduling Order.

Dated: September 19, 2001

JOHN M. MASON
U.S. Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500