UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATHY HEISLER,

Plaintiff,

v.

METROPOLITAN COUNCIL
TRANSIT OPERATIONS,

Defendant.

CIVIL NO. 00-2749 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on September 25, 2001 upon Plaintiff's Motion to Compel Documents [Docket No. 9]. Beth Bertelson, Esq. appeared on behalf of Plaintiff; David Duddleston, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Documents [Docket No. 9] is denied.

Dated: September 25, 2001

JOHN M. MASON
United States Magistrate Judge

FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK