UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kathy Heisler,

Plaintiff,

Civil No. 00-2749 (RHK)

vs.

**ORDER**

Metropolitan Council Transit Operations, sued as Metropolitan Council Management Association, Metro Transit,

Defendant.

---

Pursuant to the July 3, 2003 decision of the Eighth Circuit, and that Court's mandate,

**IT IS ORDERED**, that the judgment in this case is **VACATED IN PART** as follows: Plaintiff's claims for retaliation as described in Counts III and IV of the Complaint are **REINSTATED**.

Dated: August 12, 2003

RICHARD H. KYLE
United States District Judge

FILED AUG 1 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK