UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathy Heisler,

Plaintiff,

Civil No. 00-2749 (RHK)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Metropolitan Council Transit Operations, sued as Metropolitan Council Management Association, Metro Transit,

Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 7, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 12, 2003

RICHARD H. KYLE
United States District Judge

AUG 12 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

*Kathy Heisler*

*vs.* *00-2749DSD/SRN*

*Metropolitan Council Transit, etc.*

*The above case has been reassigned to Judge David S. Doty and referred to Magistrate Judge Susan R. Nelson pursuant to an Order of Disqualification by Judge Richard H. Kyle. Note the change in initials above and refer to them when submitting materials to the court.*