UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2749(DSD/SRN)

Kathy Heisler,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Metropolitan Council Transit Operations, sued as Metropolitan Council Management Association, Metro Transit,

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order filed February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Individual Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: August 25, 2003

David S. Doty, Judge
U.S. District Court

FILED 8-26 03
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Disqualification by Judge David S. Doty, this case is reassigned to Chief Judge James M. Rosenbaum and Magistrate Judge Franklin L. Noel.

Kathey Heisler vs. Metropolitan Council

NEW CASE NUMBER 00-2749 JMR/FLN

Use this case number for all future filings.

Dated: August 26, 2003