# U.S. District Court

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5054

February 18, 2004

COUNSEL OF RECORD

RE: Cv.#00-2749 Kathy Heisler v. Metropolitan Council Transit Operations

Dear Counsel:

Please note Chief Judge James Rosenbaum has re-scheduled the motion in the above-styled case **for: Friday, May 7, 2004 @ 10:15 a.m.**

The motion hearing will be held in the St.Paul Federal Courthouse, 316 N. Robert Street, St.Paul, Mn on the 7th Floor.

All future correspondence with the Court should be routed thru the following e-mail address: rosenbaum_chambers@mnd.uscourts.gov. **This is not the same as filing on CM/ECF**

If you have any questions, please call. Thank you.

Sincerely,

S/Larry Lewis
Calendar Clerk to Chief
Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Larry_Lewis@mnd.uscourts.gov