# U.S. District Court

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5054

May 6, 2004

COUNSEL OF RECORD

RE: Cv.#00-2749 Kathy Heisler v. Metropolitan Council Transit Operations

Dear Counsel:

Please note that the motion hearing in the above styled case will be held in the ***Minneapolis, Federal Courthouse, 300 S. 4th Street, Minneapolis, Mn. in Courtroom 15E on the 15th Floor*** on the same date and time as previously scheduled.

All future correspondence with the Court should be routed thru the following e-mail address: rosenbaum_chambers@mnd.uscourts.gov. **This is not the same as filing on CM/ECF** If you have any questions, please call. Thank you.

If you have any questions, please call. Thank you.

Sincerely,

S/Larry Lewis
Larry Lewis Calendar Clerk to Chief Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Larry_Lewis@mnd.uscourts.gov

cc: All Counsel of Record