**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# TRIAL CALENDAR

**---------------------------------------------------**

**#1 Cv.#00-2749**

**Kathy Heisler**

**v.**

**Metropolitan Council Transit Operations**

**------------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Beth Bertelson
612-278-9832

**COUNSEL FOR DEFENDANT:**
Natalie Wyatt-Brown
612-341-8131

---

**---------------------------------------------------**

**#2 Cv.#02-3816**

**Fairbook Leasing Inc., et al.**

**v.**

**Mesaba Aviation, Inc.**

**------------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Brooks Polsey
David Aafedt
612-604-6400

**COUNSEL FOR DEFENDANT:**
Jeffrey Ayres
David Jaffe
612-335-1500

****Pending request to continue trial date****

---

The above-caption cases are set for a ***jury trial***, date certain, before the Chief Judge James M. Rosenbaum, United States District Court, **Minneapolis**, Minnesota on:

**Monday, May 24, 2004 @ 0900 a.m.**

Please submit any remaining pretrial materials to the Court by Monday, May 17, 2004.

Sincerely,

May 11, 2004

S/Larry Lewis
Larry Lewis
Calendar Clerk to Chief Judge
James M. Rosenbaum

---

# NOTICE

****All future correspondence including jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address:**

**rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF**

| Monday | Tuesday | Wednesday | Thursday |
|---|---|---|---|
| MAY<br>JURY CALENDAR | | | |
| 24<br>9:00 - 5:00 | 25<br>9:00 - 5:00 | 26<br>9:30 - 5:00 | 27<br>9:30 - 5:00 |
| 31<br>HOLIDAY | 1<br>9:00 - 5:00 | 2<br>9:30 - 5:00 | 3<br>9:30 - 5:00 |