**MINUTES OF PROCEEDINGS:** (XX) Judge James M. Rosenbaum
**MOTIONS** **Reporter - Dawn Hansen**

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**

Kathy Heisler ______ Beth Bertelson ______

PLAINTIFF(S) PLAINTIFF(S) COUNSEL

VS. CIV. 00-2749

Metropolitan Council Transit Operations ______ Thomas Marshall

Natalie Wyatt-Brown

INTERPRETER ______

(XX) **MOTION MINUTES**

**ORDER TO BE SUBMITTED BY: (XX ) COURT ( ) PLAINTIFF ( ) DEFENDANT**

DEFENDANTS MOTION FOR SUMMARY JUDGMENT (Doc.#68) - denied.

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. Remanded to custody of U.S. Marshal.

Dated: 5-7-04

S/Larry Lewis
Larry Lewis, Calendar Clerk to
James M. Rosenbaum