UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathy Heisler,

Plaintiff,

vs.

Metropolitan Council,

Defendants.

Case No.: 00-CV-2749 (JMR/FLN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

Dated: 5/27/04

BERTELSON LAW OFFICE, P.A.

By: [signature]
Beth E. Bertelson, Esq. (#186806)
101 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
(612) 278-9832

ATTORNEY FOR PLAINTIFF
KATHYHEISLER

Dated: 6/07/04

JACKSON LEWIS LLP

By: [signature]
Thomas E. Marshall (#155597)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-8131

ATTORNEYS FOR DEFENDANTS

SCANNED
JUN 2 2 2004
U.S. DISTRICT COURT MPLS

**ORDER**

Pursuant to Stipulation of the parties, it is hereby ordered that Plaintiff's action be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 14, 2004

The Honorable James M. Rosenbaum
Chief Judge of Federal District Court